## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| PATENT GROUP LLC | § |
| | § |
| v. | § NO. 6:10-cv-399 |
| | § |
| DAVIS INSTRUMENTS | § |
| CORPORATION | § |

## FINAL JUDGMENT

In accordance with the Court's order dismissing Plaintiff's claims against Defendant, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 25th day of October, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE